38 So.2d 741
**BROWN SERVICE INSURANCE CO., Inc. v. Ray CHILDS.**
**8 Div. 469.**

Supreme Court of Alabama.
Nov. 18, 1948.

Rehearing Denied Feb. 17, 1949.

S. A. Lynne, of Decatur, for petitioner.

Julian Harris and Norman W. Harris, both of Decatur, opposed.

STAKELY, Justice.

Petition of Ray Childs for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Brown Service Insurance Co., Inc., v. Childs, 38 So.2d 737.

Writ denied.

FOSTER, LAWSON and SIMPSON, JJ., concur.